IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GRADY RENARD WILLIAMS, JR.,[1]

Plaintiff,

v.

STATE OF GEORGIA, et al.,

Defendants.

CIVIL ACTION NO.: 6:18-cv-38

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 5), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on Plaintiff's failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 6th day of September, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As the Magistrate Judge correctly observed, Plaintiff attempted to bring claims on behalf of Reginald Harvey, which Plaintiff cannot do. Thus, the Court **DISMISSES without prejudice** Reginald Harvey's putative claims.